**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Genaro ALVARADO–MARTINEZ, also known as Ismael Serratos,**
**Defendant–Appellant.**

No. 07–50492.

United States Court of Appeals,
Ninth Circuit.

Feb. 5, 2009.

Antoine F. Raphael, Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

James H. Locklin, Esquire, Assistant Federal Public Defender, Elizabeth Newman, Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: BRIGHT,* TROTT and HAWKINS, Circuit Judges.

### ORDER

The Memorandum disposition filed December 22, 2008, is WITHDRAWN. The superseding Per Curiam Opinion shall be filed concurrently with this Order. The pending Order granting an extension of time to file a petition for rehearing and rehearing en banc is now moot. The parties may file petitions as to the Per Curiam Opinion for rehearing and rehearing en banc in accordance with the Federal Rules of Appellate Procedure.